# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162423(28)

Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JOEL CARTER,
          Plaintiff-Appellant,

v

SC: 162423
COA: 354650

DEPARTMENT OF CORRECTIONS/
DIRECTOR, SONIA WARCHOCK, and
TIMOTHY FLANAGAN,
          Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of plaintiff-appellant for reconsideration of the partial fee assessment is GRANTED. Plaintiff-appellant is not required to pay an initial partial fee.

However, for the appeal to proceed, plaintiff-appellant must, within 21 days of the date of this order, submit one copy of this order and the copy of the pleading that was previously returned to him as acknowledgement of his responsibility to pay the $375.00 filing fee. MCL 600.2963. Failure to pay the partial fee and submit the documents will result in the appeal being administratively dismissed.

If plaintiff-appellant timely complies with this order, monthly payments shall be made to the Department of Corrections in the amount of 50 percent of the deposits made to plaintiff-appellant's account until the payments equal the balance due of $375.00. That amount shall then be remitted to this Court.

Plaintiff-appellant may not file a new civil action or appeal in this Court until the filing fee in this case is paid in full. MCL 600.2963(8).

The Clerk of the Court shall furnish two copies of this order to plaintiff-appellant.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk